UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-01451-RAO | Date: | February 11, 2016 |
| Title: | Sharon I. Thomas v. Carolyn W. Colvin | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**    (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On January 11, 2016, "[b]ased upon the stipulation of the parties, and for cause shown," the Court granted Plaintiff Sharon I. Thomas ("Plaintiff") "an extension of time, to and include February 5, 2016, in which to file Plaintiff's Memorandum in Support of Plaintiff's Complaint." (Dkt. No. 17.)  As of the date of this order, Plaintiff has not filed her memorandum.

**IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **February 18, 2016**, why this action should not be dismissed for failure to prosecute and to obey Court orders. Plaintiff may discharge her obligation to show cause by filing her "Memorandum in Support of Plaintiff's Complaint" by February 18, 2016.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | gr |