```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                             04/29/16

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:        GR         DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHARON I. THOMAS,

           Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

           Defendant.

Case No.  CV 15-01451-RAO

**JUDGMENT OF REMAND**

      In accordance with the Memorandum Opinion and Order filed concurrently herewith,

      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: April 29, 2016

                                    Rozella a. Oliver

                                    ROZELLA A. OLIVER
                                    UNITED STATES MAGISTRATE JUDGE