FILED
CLERK, U.S. DISTRICT COURT

04/29/16

CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON I. THOMAS,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. CV 15-01451-RAO<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: April 29, 2016

                                          */s/ Rozella A. Oliver*
                                          ROZELLA A. OLIVER
                                          UNITED STATES MAGISTRATE JUDGE